## 57379. GRANT v. BELL et al.

QUILLIAN, Presiding Judge.

On certiorari, *Grant v. Bell,* 246 Ga. 371 (271 SE2d 467), the Supreme Court has reversed our judgment in *Grant v. Bell,* 153 Ga. App. 832 (266 SE2d 512). Therefore, in conformity with the mandate of that court our judgment is vacated and the Supreme Court's judgment reversing the trial court is made the judgment of this Court. '

*Judgment reversed. Smith and Birdsong, JJ., concur.*

DECIDED NOVEMBER 14, 1980.

*Tom B. Benham,* for appellant.
*Robert H. Herndon, James E. Peugh, Thomas C. James, III,* for appellees.